1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   MARTHA CASTRO,                          No. 1:15-cv-00331-KJM-GSA

12              Plaintiff,

13        v.                                 ORDER

14   LINCOLN GENERAL INSURANCE
     COMPANY,
15
                Defendant.
16

17          On May 18, 2015, in addition to severing and staying plaintiff's claim for breach of

18   the implied covenant of good faith and fair dealing, the court directed the parties to file a

19   stipulation as to plaintiff's claim for declaratory relief.  (ECF No. 17 at 1.)  On May 22, 2015, the

20   parties filed their stipulation.  (ECF No. 18.)  After carefully reviewing the parties' stipulation,

21   the court hereby approves it.  Therefore, the court orders as follows:

22          1.   The arbitration proceedings between the parties are stayed pending the outcome of

23               this declaratory relief action.

24          2.   The statute of limitations provided in California Insurance Code section

25               11580.2(i)(2) is tolled from the date this action was removed to this court until a

26               final outcome is reached in this declaratory relief action.

27   /////

28   /////

                                          1

3. The court will discuss a schedule to govern this matter at the upcoming status conference set on July 30, 2015 at 2:30 p.m. before the Honorable Kimberly J. Mueller in Courtroom 3.  The parties' joint report is due no later than July 23, 2015.

IT IS SO ORDERED.

DATED:  June 2, 2015.

UNITED STATES DISTRICT JUDGE