1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARTHA CASTRO,                              No. 1:15-CV-00331 KJM GSA

12              Plaintiff,

13        v.                                      STATUS (PRETRIAL SCHEDULING)

14    LINCOLN GENERAL INSURANCE                   ORDER
      COMPANY,

15
                Defendant.
16

17

18

19             An initial scheduling conference was held in this case on August 13, 2015.  Robert

20    Williams and Marla Garcia appeared for plaintiff; Wade Hansard appeared for defendant.

21             Having reviewed the parties' Joint Status Report filed on June 25, 2015, and

22    discussed a schedule for the case with counsel at the hearing, the court makes the following

23    orders:

24    I.       SERVICE OF PROCESS

25             All named defendants have been served and no further service is permitted without

26    leave of court, good cause having been shown.

27    /////

28    /////

                                                    1

II.     ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

            No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.  *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604 (9th Cir. 1992).

III.    JURISDICTION/VENUE

            Jurisdiction is predicated upon 28 U.S.C. § 1332.   Jurisdiction and venue are not disputed.

IV.     INITIAL DISCOVERY

            Initial disclosures as required by Federal Rule of Civil Procedure 26(a) have been completed.

V.      DECLARATORY RELIEF

            The parties confirmed that the only issue proceeding in litigation at this time is that of declaratory relief as to the timeliness of plaintiff's demand for arbitration.  The parties will file cross-motions for summary judgment and such motions shall be heard no later than **March 25, 2016**.

            The court will set a new status conference date, if needed, after ruling on the parties' cross-motions for summary judgment.

VI.     SETTLEMENT CONFERENCE

            The parties have agreed to mediation of the case by Judge Howard R. Broadman, Ret., set for **October 15, 2015**.

VII.    OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

            This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

            IT IS SO ORDERED.

DATED:  August 21, 2015.

_____
UNITED STATES DISTRICT JUDGE

2