UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CASTRO,<br><br>           Plaintiff,<br><br>    v.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>           Defendant. | No. 1:15-cv-00331-KJM-EPG<br><br>ORDER |

This matter came before the court on defendant Lincoln General Insurance Company's motion for to stay. ECF No. 29. Plaintiff Martha Castro filed a statement of non-opposition, ECF No. 30. The motion was submitted without oral argument. ECF No. 33. Having considered the parties' positions as described in their briefing, the court orders as follows:

        (1) This action is STAYED in its entirety; and

        (2) No later than 180 days from the date this order is filed, the parties shall file a joint status report (a) describing the status of defendant's liquidation and (b) whether a further stay is necessary.

        IT IS SO ORDERED

DATED: January 27, 2016

                                                      UNITED STATES DISTRICT JUDGE

1